JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No.  CV 16-02817-AB (JPRx) |
|---|---|
| Michael Rocca | |
|        Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Omid Ghayam | |
|        Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __**60 days,**__ to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 16, 2017    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE